IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| KIMBERLY ANN HUSBANDS | Violations:  21 U.S.C. § 846; 18 U.S.C. §§ 1591(a)(1), 1591(b)(1) and 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

Beginning in or about 2021, and continuing until on or about the date of this Indictment, in the District of North Dakota, and elsewhere,

KIMBERLY ANN HUSBANDS

knowingly and intentionally combined, conspired, confederated, and agreed with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute controlled substances, including (i) 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule I controlled substance; (ii) a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; (iii) a mixture and substance containing a detectable amount of MDMA, a Schedule II controlled substance; and (iv) a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 841(b)(1)(D).

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1.      It was a part of said conspiracy that conspirators distributed, and possessed with intent to distribute, cocaine, methamphetamine and marijuana in and near Williston, North Dakota, and elsewhere;

2.      It was further a part of said conspiracy that conspirators traveled between Las Vegas, Nevada, and North Dakota, and elsewhere, to acquire, transport, store, package, and distribute controlled substances;

3.      It was further a part of said conspiracy that conspirators attempted to conceal their activities by, among other means, hiding and storing controlled substances and United States currency within storage units, apartments, garages, and motor vehicles;

4.      It was further a part of said conspiracy that conspirators used United States currency to facilitate their drug trafficking conduct;

5.      It was further a part of said conspiracy that conspirators would and did use electronic devices, including cellular telephones, and messaging and financial transaction applications to facilitate the distribution of controlled substances and the collection and transmission of the proceeds of drug distribution activity;

6.      It was further a part of said conspiracy that conspirators utilized other persons as sub-distributors of controlled substances; and

7.    It was further a part of said conspiracy that conspirators used controlled substances as a means of committing and facilitating the commission of other criminal activities, including prostitution and sex trafficking;

In violation of Title 21, United States Code, Section 846, and Pinkerton v. United States, 328 U.S. 640 (1946).

COUNT TWO

**Sex Trafficking by Force, Fraud or Coercion**

The Grand Jury Further Charges:

Beginning in or about 2021, and continuing until on or about the date of this Indictment, in the District of North Dakota, and elsewhere,

KIMBERLY ANN HUSBANDS,

individually, and by aiding and abetting, knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained JANE DOE, knowing and, except for advertising, in reckless disregard of the fact that means of force, threats of force, fraud and coercion, and any combination of such means, would be used to cause JANE DOE to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

RLV/tg

4